IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LLOYD DONNELL RAWLS, § | |
| TDCJ-CID NO.678388, § | |
| Petitioner, § | |
| v. § | CIVIL ACTION NO. H-06-2104 |
| § | |
| NATHANIEL QUARTERMAN, § | |
| Respondent. § | |

ORDER OF DISMISSAL

For the reasons set forth in the Court's Opinion on Dismissal, this case is DISMISSED, without prejudice.

The Clerk will enter this Order and provide all parties with a copy.

Signed at Houston, Texas, this 21st day of September, 2006.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE